# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON EGAN; EGAN PRODUCTIONS, LLC; AND CIRCUS CIRCUS CASINO, Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIERRA DANIELLE JONES, DISTRICT JUDGE, Respondents,

and

TAWNIE WOLF, Real Party in Interest.

No. 82017

**FILED**

DEC 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus challenging a district court order denying a summary judgment motion. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, we generally will not consider writ petitions challenging orders denying summary judgment, and we are not convinced that any exception to that general rule applies here. *See Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (recognizing that this

20-45534

court will generally not consider writ petitions challenging the denial of a motion for summary judgment). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Tierra Danielle Jones, District Judge
     McKay Law Firm Chtd.
     Bighorn Law/Las Vegas
     Eighth District Court Clerk